**Fill in this information to identify your case:**

United States Bankruptcy Court for the:

DISTRICT OF NEVADA

Case number *(if known)* _____ Chapter **11**

☐ Check if this an amended filing

## Official Form 201
# Voluntary Petition for Non-Individuals Filing for Bankruptcy

06/22

If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write the debtor's name and the case number (if known). For more information, a separate document, *Instructions for Bankruptcy Forms for Non-Individuals,* is available.

| | | |
|---|---|---|
| 1. | **Debtor's name** | **Basic Water Company** |
| 2. | **All other names debtor used in the last 8 years**<br><br>Include any assumed names, trade names and *doing business as* names | |
| 3. | **Debtor's federal Employer Identification Number** (EIN) | **88-0303230** |

4. **Debtor's address**

| Principal place of business | Mailing address, if different from principal place of business |
|---|---|
| **875 West Warm Springs Road**<br>**Henderson, NV 89011-4063**<br>Number, Street, City, State & ZIP Code | |
| | P.O. Box, Number, Street, City, State & ZIP Code |
| **Clark**<br>County | **Location of principal assets, if different from principal place of business** |
| | Number, Street, City, State & ZIP Code |

5. **Debtor's website** (URL) _____

6. **Type of debtor**

   ■ Corporation (including Limited Liability Company (LLC) and Limited Liability Partnership (LLP))

   ☐ Partnership (excluding LLP)

   ☐ Other. Specify: _____

Debtor    **Basic Water Company**
      Name                                                      Case number *(if known)*

| | |
|---|---|
| **7. Describe debtor's business** | **A.** *Check one:* |
| | ☐ Health Care Business (as defined in 11 U.S.C. § 101(27A)) |
| | ☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B)) |
| | ☐ Railroad (as defined in 11 U.S.C. § 101(44)) |
| | ☐ Stockbroker (as defined in 11 U.S.C. § 101(53A)) |
| | ☐ Commodity Broker (as defined in 11 U.S.C. § 101(6)) |
| | ☐ Clearing Bank (as defined in 11 U.S.C. § 781(3)) |
| | ☒ None of the above |

**B.** *Check all that apply*

☐ Tax-exempt entity (as described in 26 U.S.C. §501)

☐ Investment company, including hedge fund or pooled investment vehicle (as defined in 15 U.S.C. §80a-3)

☐ Investment advisor (as defined in 15 U.S.C. §80b-2(a)(11))

**C.** NAICS (North American Industry Classification System) 4-digit code that best describes debtor. See http://www.uscourts.gov/four-digit-national-association-naics-codes.

\_\_\_\_\_

---

**8. Under which chapter of the Bankruptcy Code is the debtor filing?**

A debtor who is a "small business debtor" must check the first sub-box. A debtor as defined in § 1182(1) who elects to proceed under subchapter V of chapter 11 (whether or not the debtor is a "small business debtor") must check the second sub-box.

*Check one:*

☐ Chapter 7

☐ Chapter 9

☒ Chapter 11. *Check **all** that apply*:

    ☐ The debtor is a small business debtor as defined in 11 U.S.C. § 101(51D), and its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $3,024,725. If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ The debtor is a debtor as defined in 11 U.S.C. § 1182(1), its aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $7,500,000, **and it chooses to proceed under Subchapter V of Chapter 11.** If this sub-box is selected, attach the most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return, or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

    ☐ A plan is being filed with this petition.

    ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

    ☐ The debtor is required to file periodic reports (for example, 10K and 10Q) with the Securities and Exchange Commission according to § 13 or 15(d) of the Securities Exchange Act of 1934. File the *Attachment to Voluntary Petition for Non-Individuals Filing for Bankruptcy under Chapter 11* (Official Form 201A) with this form.

    ☐ The debtor is a shell company as defined in the Securities Exchange Act of 1934 Rule 12b-2.

☐ Chapter 12

---

**9. Were prior bankruptcy cases filed by or against the debtor within the last 8 years?**
If more than 2 cases, attach a separate list.

☒ No.

☐ Yes.

| District | _____ | When | _____ | Case number | _____ |
|---|---|---|---|---|---|
| District | _____ | When | _____ | Case number | _____ |

---

Debtor    **Basic Water Company**

Name                                                              Case number (*if known*)

---

**10. Are any bankruptcy cases pending or being filed by a business partner or an affiliate of the debtor?**

☐ No

■ Yes.

List all cases. If more than 1, attach a separate list

| | | | |
|---|---|---|---|
| Debtor | **Basic Water Company SPE 1, LLC** | Relationship | **Subsidiary Company** |
| District | **District of Nevada**    When    **9/10/22** | Case number, if known | |

---

**11. Why is the case filed in *this district*?**

*Check all that apply:*

■ Debtor has had its domicile, principal place of business, or principal assets in this district for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other district.

☐ A bankruptcy case concerning debtor's affiliate, general partner, or partnership is pending in this district.

---

**12. Does the debtor own or have possession of any real property or personal property that needs immediate attention?**

■ No

☐ Yes.    Answer below for each property that needs immediate attention. Attach additional sheets if needed.

**Why does the property need immediate attention?** (*Check all that apply.*)

☐ It poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety.

   What is the hazard?

☐ It needs to be physically secured or protected from the weather.

☐ It includes perishable goods or assets that could quickly deteriorate or lose value without attention (for example, livestock, seasonal goods, meat, dairy, produce, or securities-related assets or other options).

☐ Other

**Where is the property?**

   Number, Street, City, State & ZIP Code

**Is the property insured?**

☐ No

☐ Yes.    Insurance agency

   Contact name

   Phone

---

**Statistical and administrative information**

**13. Debtor's estimation of available funds**

*Check one:*

■ Funds will be available for distribution to unsecured creditors.

☐ After any administrative expenses are paid, no funds will be available to unsecured creditors.

---

**14. Estimated number of creditors**

| | | |
|---|---|---|
| ■ 1-49 | ☐ 1,000-5,000 | ☐ 25,001-50,000 |
| ☐ 50-99 | ☐ 5001-10,000 | ☐ 50,001-100,000 |
| ☐ 100-199 | ☐ 10,001-25,000 | ☐ More than100,000 |
| ☐ 200-999 | | |

---

**15. Estimated Assets**

| | | |
|---|---|---|
| ☐ $0 - $50,000 | ☐ $1,000,001 - $10 million | ☐ $500,000,001 - $1 billion |
| ☐ $50,001 - $100,000 | ■ $10,000,001 - $50  million | ☐ $1,000,000,001 - $10 billion |
| ☐ $100,001 - $500,000 | ☐ $50,000,001 - $100 million | ☐ $10,000,000,001 - $50 billion |
| ☐ $500,001 - $1 million | ☐ $100,000,001 - $500 million | ☐ More than $50 billion |

---

Debtor    **Basic Water Company**
Name                                                                              Case number (*if known*)

| | | | |
|---|---|---|---|
| **16.** | **Estimated liabilities** | ☐ $0 - $50,000 | ■ $1,000,001 - $10 million |

**16.  Estimated liabilities**

☐ $0 - $50,000  
☐  $50,001 - $100,000  
☐ $100,001 - $500,000  
☐ $500,001 - $1 million  

■ $1,000,001 - $10 million  
☐ $10,000,001 - $50  million  
☐ $50,000,001 - $100 million  
☐ $100,000,001 - $500 million  

☐ $500,000,001 - $1 billion  
☐ $1,000,000,001 - $10 billion  
☐ $10,000,000,001 - $50 billion  
☐ More than $50 billion

Debtor    **Basic Water Company**
　　　　　Name

Case number (*if known*)

---

| | **Request for Relief, Declaration, and Signatures** |

**WARNING --** Bankruptcy fraud is a serious crime. Making a false statement in connection with a bankruptcy case can result in fines up to $500,000 or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

**17. Declaration and signature of authorized representative of debtor**

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I have been authorized to file this petition on behalf of the debtor.

I have examined the information in this petition and have a reasonable belief that the information is true and correct.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on    **September 10, 2022**
　　　　　　　　MM / DD / YYYY

**X** /s/ Stephanne A. Zimmerman
　　Signature of authorized representative of debtor

Title    **President**

**Stephanne A. Zimmerman**
Printed name

---

**18. Signature of attorney**

**X** /s/ Samuel A. Schwartz
　　Signature of attorney for debtor

**Samuel A. Schwartz**
Printed name

**Schwartz Law, PLLC**
Firm name

**601 East Bridger Avenue**
**Las Vegas, NV 89101**
Number, Street, City, State & ZIP Code

Contact phone    **702-385-5544**

**10985 NV**
Bar number and State

Date    **September 10, 2022**
　　　　MM / DD / YYYY

Email address    **saschwartz@nvfirm.com**

---

Official Form 201

**Voluntary Petition for Non-Individuals Filing for Bankruptcy**

page 5

**Fill in this information to identify the case:**

Debtor name **Basic Water Company**

United States Bankruptcy Court for the: **DISTRICT OF NEVADA**

Case number (if known): _____

☐ Check if this is an

amended filing

Official Form 204

## Chapter 11 or Chapter 9 Cases: List of Creditors Who Have the 20 Largest Unsecured Claims and Are Not Insiders

**12/15**

**A list of creditors holding the 20 largest unsecured claims must be filed in a Chapter 11 or Chapter 9 case. Include claims which the debtor disputes. Do not include claims by any person or entity who is an insider, as defined in 11 U.S.C. § 101(31).  Also, do not include claims by secured creditors, unless the unsecured claim resulting from inadequate collateral value places the creditor among the holders of the 20 largest unsecured claims.**

| Name of creditor and complete mailing address, including zip code | Name, telephone number and email address of creditor contact | Nature of claim (for example, trade debts, bank loans, professional services, and government contracts) | Indicate if claim is contingent, unliquidated, or disputed | Amount of claim If the claim is fully unsecured, fill in only unsecured claim amount. If claim is partially secured, fill in total claim amount and deduction for value of collateral or setoff to calculate unsecured claim. | | |
|---|---|---|---|---|---|---|
| | | | | Total claim, if partially secured | Deduction for value of collateral or setoff | Unsecured claim |
| **EMD Acquisition LLC dba Borman Specialty Materials PO Box 55 Henderson, NV 89009** | | **Contract** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Lhoist North America of Arizona, Inc PO Box 985004 Fort Worth, TX 76185-5004** | | **Contract** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Pioneer Americas LLC dba Olin Chlor Alkali Products 3855 N Ocoee St, Ste 200 Cleveland, TN 37312** | | **Contract** | **Contingent Unliquidated Disputed** | | | **$0.00** |
| **Titanium Metals Corporation 4832 Richmond Rd, Ste 100 Cleveland, OH 44128** | | **Contract** | **Contingent Unliquidated Disputed** | | | **$0.00** |

# United States Bankruptcy Court
## District of Nevada

In re    **Basic Water Company**

Debtor(s)

Case No.

Chapter    **11**

### LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with rule 1007(a)(3) for filing in this Chapter 11 Case

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Basic Management, Inc.**<br>**875 West Warm Springs Road**<br>**Henderson, NV 89011-4063** | | | **100% Shareholder** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **President** of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date    **September  10, 2022**

Signature    **/s/ Stephanne A. Zimmerman**

**Stephanne A. Zimmerman**

*Penalty for making a false statement of concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§ 152 and 3571.

Sheet 1 of 1 in List of Equity Security Holders

**United States Bankruptcy Court**
**District of Nevada**

In re    **Basic Water Company**

Debtor(s)

Case No.

Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the President of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **September 10, 2022**

**/s/ Stephanne A. Zimmerman**
**Stephanne A. Zimmerman**/**President**
Signer/Title

Basic Water Company
875 West Warm Springs Road
Henderson, NV 89011-4063

Samuel A. Schwartz
Schwartz Law, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101

Internal Revenue Service
PO Box 7346
Philadelphia 19101-7346

United States Trustee
300 Las Vegas Blvd. South, #4300
Las Vegas, NV 89101

Clark County Assessor
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
Box 551401
Las Vegas, NV 89155-1401

Clark County Treasurer
c/o Bankruptcy Clerk
500 S. Grand Central Pkwy
PO Box 551220
Las Vegas, NV 89155-1220

Dept. of Employment, Training and Rehab
Employment Security Division
500 E. Third Street
Carson City, NV 89713

Nevada Dept of Taxation, BK Section
555 E. Washington Ave #1300
Las Vegas, NV 89101

Social Security Administration
Regional Chief Counsel, Region IX
160 Spear Street, Suite 800
San Francisco, CA 94105-1545

A COMPANY PORTABLE RESTROOMS
PO BOX 5702
BOISE, ID 83705

A&B Environmental, LLC
2858 Marco Street
Las Vegas, NV 89115

A-1 National Fire Co dba Summit Companie
4830 W University Ave
Las Vegas, NV 89103

ABB Inc.
1401 East Valencia Road
Tucson, AZ 85706

AdvanTech Corporation o/a JMP Solutions
24 Just Road
Fairfield, NJ 07004

Ahern Rentals
4241 S Arville Street
Las Vegas, NV 89103-3713

Airgas
P.O. Box 102289
Pasadena, CA 91189-2289

Allison MacKenzie, Ltd.
402 N Division St
Carson City, NV 89703

American Bridge Company
1000 American Bridge Way
Coraopolis, PA 15108

American Equipment Holdings, LLC
6420 Schirlls St
Salt Lake City, NV 89118

American Fence Company, Inc.
2502 N. 27th Avenue
Phoenix, AZ 85009-1711

Arctic Services, LLC
1218 Wigwam Parkway
Henderson, NV 89074

Arnold Machinery Company
4136 Donovan Way
Las Vegas, NV 89030

Artex Risk Solutions, Inc.
12750 Merit Drive
Suite 1000
Dallas, TX 75251-1200

Ashlan Concrete Cutting
2632 Abels Lane
Las Vegas, NV 89115

Atkins North America, Inc
File 57024
Los Angeles, CA 90074-7024

Auto Shop, The
105 E Coogan Drive
Henderson, NV 89011

Bakersfield Pipe & Supply Inc
PO Box 842876
Dallas, TX 75284-2876

Basler Electric Company
12570 State Route 143
Highland, IL 62249

Blue Diamond Transport
1361 W. Coral AVe
Ridgecrest, CA 93555

Blue Locker Commercial Diving Services L
544 Aspen Leaf St.
Las Vegas, NV 89144

Boulder City Disposal, Inc.
P.O. Box 61288
Boulder City, NV 89006-1288

BrightView Landscape Services
4021 W Carey Ave
North Las Vegas, NV 89032

Bureau of Land Mgmt
4701 N Torrey Pines
Las Vegas, NV 89130-2301

Byrd Underground, LLC
6126 S. Sandhill Rd. Suite 125
Las Vegas, NV 89120

Carollo Engineers
376 E Warm Springs Rd, Ste 250
Las Vegas, NV 89119

Cashman Equipment Company
2452 Neeham Rd
North Las Vegas, NV 89030

CenturyLink
P.O. Box 2961
Phoenix, AZ 85062-2961

City of Henderson
PO Box 95011
Henderson, NV 89009-5011

City of Henderson
City Attorney's Office
Attn: City Attorney
240 S Water Street
Henderson, NV 89015

City of Henderson, Dept of Utility Svs
Attn: Director
PO Box 95050
240 S Water Street, MSC 124
Henderson, NV 89015

Clark County Department of Air Quality
4701 W Russell Road Suite 200
Las Vegas, NV 89118-2231

Clark Welding & Fabricating
3019 Sheridan St
Las Vegas, NV 89102

Clean Harbors Environmental Services, In
PO Box 734867
Dallas, TX 75373

Cobalt Truck Equipment
1607 Industrial Rd
Las Vegas, NV 89102

Codale Electric Supply
5225 W 24005 S.
Salt Lake City, UT 84120

Colorado River Commission of Nevada
555 E Washington Ave, Ste 3100
Las Vegas, NV 89101-1065

Commercial Scaffolding of Nevada, Inc
3555 Polaris Ave
Las Vegas, NV 89103

Conditioning Monitoring Services, Inc
PO Box 278
Nipomo, CA 93444

Core & Main Waterworks
2829 N. Losee Rd
N. Las Vegas, NV 89030

Crane Institue of America, LLC
3880 St. Johns Pkwy
Sanford, FL 32771

Cross Country Infrastructure Services US
PO Box 647003
Dallas, TX 75264

Curtis Steel Co., Inc.
4565 Wynn Road
Las Vegas, NV 89103

Daniel B. Stephens & Associates
2777 E. Gausti Road, Suite 1
Ontario, CA 91761

Dell Commercial Credit
Payment Processing Center
PO Box 5275
Carol Stream, IL 60197-5275

Demaria Electric Motor Service
7048 Marcelle St
Paramount, CA 90723

Dielco Crane Services, Inc.
5454 Arville Street
Las Vegas, NV 89118

Dri Tech Corp
5340 West Robindale Rd
Las Vegas, NV 89139

Earth Resource Group
6041 Clark Street
Las Vegas, NV 89122

Eaton Corporation
PO Box 93531
Chicago, IL 60673-3531

EMD Acquisition LLC
dba Borman Specialty Materials
PO Box 55
Henderson, NV 89009

EMD Acquisition LLC
c/o Corporation Service Company
112 North Curry Street
Carson City, NV 89703-4934

EnerSys, Inc
1604 Solutions Center
Chicago, IL 60677-1006

Fastener's, Inc.
P.O. Box 80536
Las Vegas, NV 89180-0536

Federal Express
PO Box 7221
Pasadena, CA 91109-7321

Ferguson Enterprises, Inc
740 Cape Horn Dr.
Henderson, NV 89014

GAI Consultants, Inc
385 East Waterfront Drive
Homestead, PA 15120

Garrett Group Consulting, Inc.
4028 Oakdale Farm Circle
Edmond, OK 73013

GCW, Inc
1555 S. Rainbow Blvd.
Las Vegas, NV 89146

Gene's Locksmith
69 E. Basic Rd.
Henderson, NV 89015

GeoTek Residential, LLC
6835 S Escondido St
Suite B
Las Vegas, NV 89119

Glove Connection, The
5385 Wynn Road, Suite B
Las Vegas, NV 89118

Green Valley Lock & Safe, Inc
80 N Pecos Rd, Suite G
Henderson, NV 89074

Green Valley Security
3800 E Patrick Lane, Ste 1
Las Vegas, NV 89120

GTI
1220 S. Commerce St. Ste 120
Las Vegas, NV 89102

Henderson Electric Motors
2043 Pabco Road
Henderson, NV 89011

Home Depot
Dept 32-2501872539
PO Box 9055
Des Moines, IA 50368-9055

Horizon Distributors
PO Box 52758
Phoenix, AZ 85072-2758

Instrument & Valve Service Company
8200 Market Blvd
MSPJ15
Chanhassen, MN 55317

iTech Las Vegas, LLC
7330 Eastgate Rd Ste 170
Henderson, NV 89011

ITT/Goulds/LA Pro Service Center
28556 Network Place
Chicago, IL 60673-1285

Johnstone Supply
4144 W. Sunset Rd.
Las Vegas, NV 89118

Junk Removal and Bins LLC, DBA Junkman
719 E Lake Mead Pkwy
Henderson, NV 89015

KCI Technologies, INC
6280 S Valley View Blvd Bldg F Ste 628
Sparks, NV 89118

Kelly's Pipe & Supply
PO Box 845768
Los Angeles, CA 90084-5768

Kiewit Engineering Group Inc
1550 Mike Fahey St
Omaha, NE 68102

Krenz & Company
PO Box 187
W190 N11333 Carnegie Drive
Germantown, WI 53022

Landstar Ranger
13410 Sutton Park Drive South
Jacksonville, FL 32224

Laron Incorporated
4255 N Santa Fe Drive
Kingman, AZ 86401

Las Vegas Paving
4220 S. Decatur Blvd
Las Vegas, NV 89103

Las Vegas Septic Service, LLC
4225 Leon Ave
Las Vegas, NV 89130

Las Vegas Valley Water District
Attn: Mike Dishari
1001 S Valley View Blvd, MS 610
Las Vegas, NV 89153

Las Vegas Valley Water District
Attn: General Counsel
1001 S Valley View Blvd, MS 475
Las Vegas, NV 89153

Lhoist North America of Arizona, Inc
PO Box 985004
Fort Worth, TX 76185-5004

Lhoist North America of Arizona, Inc.
c/o Corporation Service Company
112 North Curry Street
Carson City, NV 89703-4934

Logistical Solutions
4780 W Ann Rd Ste 5-237
North Las Vegas, NV 89031

Mallory Safety and Supply LLC
1040 Industrial Way
Longview, WA 98632

Masters of Barricades, LLC.
3624 Goldfield St
North Las Vegas, NV 89032

McDonald Carano LLP
100 W. Liberty St., 10th Floor
Reno, NV 89501

MCR Technologies, Inc
PO Box 1269
Lake Forest, CA 92609-1269

Micro Motion, Inc.
7070 Winchester Circle
Chicago, CO 80301

MP Environmental Services, Inc.
3400 Manor Street
Bakersfield, CA 93308

Myers Power Products, Inc.
2950 E. Philadelphia St.
Ontario, CA 91761

National Park Service
333 Bush Street, Suite 500
San Francisco, CA 94104-2828

National Park Service
1849 C Street NW
Washington, DC 20240

National Pipeline Contractors
656 Eastgate Road
Henderson, NV 89011

National Trench Safety
7885 Westwind Road
Las Vegas, NV 89139

Nedco Supply
4200 Spring Mountain Road
Las Vegas, NV 89102

Nevada Boiler Parts LLC
3019 Sheridan St Suite #1
Las Vegas, NV 89102

Nevada Department of Taxation
Bankruptcy Section
555 E. Washington Ave., #1300
Las Vegas, NV 89101

Nevada Department of Wildlife
6980 Sierra Center Parkway #120
Reno, NV 89511

Nevada Environmental Response Trust
510 S Fourth Street
Henderson, NV 89012

Nevada House of Hose
PO Box 861777
Orlando, FL 32886-1777

Nevada Power Company #102174
dba/ NV Energy
PO Box 30093
Reno, NV 89520-3093

Nevada Ready Mix
151 Cassia Way
Henderson, NV 89014-6616

Nevada Secretary of State
202 N Carson Street
Carson City, NV 89710-4201

NewFields Companies, LLC
1349 W. Peachtree St NW, Suite 1950
Atlanta, GA 30309

NewGen Strategies and Solutions, LLC
112 Westwood Place, Suite 165
Richardson, TN 37027

Nova USA Wood Products
PO Box 641046
Dallas, TX 75264-1046

NVEnergy
PO Box 30086
Reno, NV 89520-2086

Offshore Maine, LLC
1090 E. Lake Mead Pkwy
Henderson, NV 89015

Olin Chlor Alkali Logistics, Inc.
c/o C T Corporation System
701 South Carson Street, Suite 200
Carson City, NV 89701-5239

ORR Safety Corporation
11601 Interchange Drive
Louisville, KY 40229

Pacific Coast Bolt Corporation
12748 E. Florence Ave.
Santa Fe Springs, CA 90670-4540

Pacific Mechanical Supply
121 Industrial Park Rd
Henderson, NV 89015

Par Electrical Contractors, Inc
PO Box 846234
Dallas, TX 75284-6234

Pioneer Americas LLC
dba Olin Chlor Alkali Products
3855 N Ocoee St, Ste 200
Cleveland, TN 37312

PR Diamond Products
4495 W Sunset Rd.
Las Vegas, NV 89118

Praxair Distribution Inc - DBA Linde Gas
PO Box 120812
Dept 0812
Dallas, TX 75312-0812

Precision Crane & Hoist Services
PO Box 90487
Henderson, NV 89009-0487

Public Utilities Commision of Nevada
1150 East William Street
Universal Energy Charge
Carson City, NV 89701-3109

Quality Grading & Paving
PO Box 92394
Henderson, NV 89009

R.P. Weddell & Sons Co
4950 E Carey Ave
Las Vegas, NV 89115

Rebel Oil Company
2200 S Highland Drive
Las Vegas, NV 89102

Republic Services, Inc
770 E Sahara Ave
Las Vegas, NV 89104-2943

Rice Reuther Sullivan & Carroll, LLP
3960 Howard Hughes Pkwy
Suite 1200
Las Vegas, NV 89169

Rich, Wightman & Company, CPAs, LLC
1301 South Jones Blvd
Las Vegas, NV 89146-1200

Royal Printing
3200 W. Sunset Road
Las Vegas, NV 89118

Ryan Mechanical, Inc.
3335 Wynn Road
Las Vegas, NV 89102

S.C. Services LLC
3385 West Lake Mead Bvld.
North Las Vegas, NV 89032-4901

Safety-Kleen
P.O. Box 7170
Pasadena, CA 91109-7170

Saguaro Power Company, LP
435 S Fourth St
Henderson, NV 89015

Sahu, Ron
311 N Story Pl.
Alhambra, CA 91801

SD Myers
180 South Ave
Tallmadge, OH 44278

Sherwin-Williams Co., The
6285 S Valley View BL #1
Las Vegas, NV 89118-3896

Sigma Engineering Solutions, Inc.
4488 Wagon Trail Ave.
Las Vegas, NV 89118

Silver State Wire Rope & Rigg
P.O. BOX 3046
Compton, CA 90223-3046

Slater Hanifan Group, Inc
5740 S Arville St
Ste 216
Las Vegas, NV 89118

Southern Nevada Water Authority
PO Box 99956
Las Vegas, NV 89193-9956

Southern Tire Mart, LLC
3420 Losee Road
North Las Vegas, NV 89030

Southwest Specialty Coatings, Inc.
1102 Sharp Circle
North Las Vegas, NV 89030

Spider, A Div. of Safeworks, LLC
7465 Dean Martin Drive, Ste 101
Las Vegas, NV 89139

Sprint (part of T-Mobile)
P.O. Box 54977
Los Angeles, CA 90054-0977

State of Nevada Dept of Motor Vehicles
Attn: Motor Carrier Division
555 Wright Way
Carson City, NV 89711

Sunrise Technical, Inc
1225 Spanish Armada Road
Las Vegas, NV 89123

Sunstate Equipment Co.
P.O. Box 208439
Dallas, TX 75320-8439

Sunwize Power & Battery LLC
30893 Ehlen Dr SW
Albany, OR 97321

Tall Pines Insurance Company
13040 NY-12
Boonville, NY 13309

The Tiberti Fence Company
4975 Rogers Street
Las Vegas, NV 89118

TIMET Henderson
181 North Water St. Gate 3
Henderson, NV 89015

Titanium Metals Corporation
4832 Richmond Rd, Ste 100
Cleveland, OH 44128

Titanium Metals Corporation
c/o National Registered Agents, Inc.
701 South Carson Street, Suite 200
Carson City, NV 89701-5239

Total Sign Systems, LLC
6275 W. Post Road
Las Vegas, NV 89118

Trench Shoring Company
4035 Flossmoor St
Las Vegas, NV 89115

Underground Service Alert
4005 Port Chicago Hwy Ste 100
Concord, CA 94520-1122

Univar USA Inc.
PO Box 740896
Los Angeles, CA 90074-0896

Universal Plant Services
20545 Belshaw Avenue
Carson, CA 90746

US Dept of Interior
Bureau of Reclamation
Lower Colorado Basin Regional Office
PO Box 61470
Boulder City, NV 89005-2403

Vortex Industries, Inc
3955 W. Mesa Vista Ave #A11
Las Vegas, NV 89118

Western Elite
2745 N Nellis Blvd
Las Vegas, NV 89115

Westwood Professional Services, Inc.
12701 Whitewater Drive, Suite 300
Minnetonka, MN 55343

WHB Consulting, LLC
10354 Melon Cactus St
Las Vegas, NV 89141

Wood Rodgers, Inc
2190 E. Pebble Road, Suite 200
Las Vegas, NV 89123

Zurich American Insurance Company
1299 Zurich Way
Schaumburg, IL 60196-1056

## United States Bankruptcy Court
### District of Nevada

In re __Basic Water Company__

Debtor(s)

Case No. _____

Chapter __11__

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for __Basic Water Company__ in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Basic Management, Inc.**
**875 West Warm Springs Road**
**Henderson, NV 89011-4063**

**Pioneer Partners 2000, LLC**
**701 S Carson St, Ste 200**
**Carson City, NV 89701**

**Treco, LLC**
**5430 LBJ Freeway, Ste 1700**
**Dallas, TX 75240**

☐ None [*Check if applicable*]

__September 10, 2022__

Date

__/s/ Samuel A. Schwartz__

**Samuel A. Schwartz**

Signature of Attorney or Litigant

Counsel for __Basic Water Company__

**Schwartz Law, PLLC**
**601 East Bridger Avenue**
**Las Vegas, NV 89101**
**702-385-5544 Fax:702-201-1330**
**saschwartz@nvfirm.com**

**OFFICER'S CERTIFICATE**
**BASIC WATER COMPANY**
a Nevada corporation

September 1, 2022

This Officer's Certificate is furnished in connection with that certain meeting of the board of directors (the "**Board**") of BASIC WATER COMPANY, a Nevada corporation (the "**Corporation**") held on September 1, 2022.

The undersigned, Stephanne A. Zimmerman, as Chief Executive Officer of the Corporation, hereby certifies as follows:

1.      She is the duly elected and acting Chief Executive Officer of the Corporation, and as such, is authorized to execute and deliver this certificate on behalf of the Corporation.

2.      A duly noticed meeting of the Board of the Corporation took place via Zoom and telephone on Thursday, September 1, 2022, at 8:30 a.m. PST (the "**Meeting**").

3.      A quorum was declared present at the Meeting, based on the presence of all of the members of the Board.

4.      At the Meeting, the Board considered and adopted several resolutions authorizing that a voluntary Chapter 11 bankruptcy petition be filed by the Corporation, seeking relief under the provisions of chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the District of Nevada (the "**Resolutions**").

5.      A true and correct copy of the Resolutions duly adopted at the Meeting is attached hereto as **Exhibit A**, and such resolutions have not been amended, modified, or rescinded and remain in full force and effect as of the date hereof.

*[Signature Page to Follow.]*

I hereby verify that the foregoing and that the attached Resolutions are true and correct.

EXECUTED as of the date first written above.

_____
Stephanne A. Zimmerman
Chief Executive Officer

**EXHIBIT A**

**BOARD OF DIRECTORS**
**<u>RESOLUTIONS</u>**

[See Attached]

**UNANIMOUS ACTION BY CONSENT
IN LIEU OF A SPECIAL MEETING OF
THE BOARD OF DIRECTORS OF
BASIC WATER COMPANY,
A NEVADA CORPORATION**

Dated as of September 1, 2022

Pursuant to Section 78.315 of the Nevada Revised Statutes, and Section 2.10 of the Bylaws of BASIC WATER COMPANY, a Nevada corporation (the "**Corporation**"), a quorum of all of the board of directors of the Corporation (the "**Board**") having met, consented in writing to the adoption of the following resolutions, as if they were adopted at a duly convened meeting of the Board at which a quorum was present and acting throughout, which actions are hereby deemed effective as of the date set forth above:

WHEREAS, the Board has reviewed and considered the financial and operational condition of the Corporation and the Corporation's business on the date hereof, including the historical performance of the Corporation, the assets of the Corporation, the current and long-term liabilities of the Corporation, the viability of the Corporation's business, and the strategic alternatives available to the Corporation;

WHEREAS, the Board has had the opportunity to consult with the management of the Corporation and the Corporation's advisors and to fully consider the strategic alternatives available to the Corporation, including, without limitation, the relative risks and benefits of pursuing a bankruptcy proceeding under the provisions of Chapter 11 of Title 11 of the United States Code (as amended, the "**Bankruptcy Code**"); and

WHEREAS, the Board deems it advisable and in the best interests of the Corporation and its creditors, interest holders, and other parties in interest, to consent to and adopt, in the name of and on behalf of the Corporation, the following resolutions:

**NOW, THEREFORE, IT IS:**

RESOLVED, that the Board deems it desirable and in the best interests of the Corporation and its creditors, employees, and other interested parties that a voluntary Chapter 11 bankruptcy petition be filed by the Corporation, seeking relief under the provisions of chapter 11 of the Bankruptcy Code (the "**Chapter 11 Case**") in the United States Bankruptcy Court for the District of Nevada; and it is further

**RESOLVED**, that the president of the Corporation, STEPHANNE ZIMMERMAN (the "**Authorized Person**"), be, and is, authorized and directed to execute and file on behalf of the Corporation, all petitions, schedules, lists, motions, applications, and other papers or documents with the appropriate court under the Bankruptcy Code and to take any and all action that is necessary, proper, or advisable to obtain such relief under the Bankruptcy Code, including, without limitation, any action necessary to maintain the ordinary course operation of the Corporation's business; and it is further

**RESOLVED**, that the law firm of SCHWARTZ LAW, PLLC ("**Schwartz Law**") be employed as counsel to the Corporation to represent and assist the Corporation in carrying out the Corporation's duties under the Bankruptcy Code and to take any and all actions to advance the Corporation's rights including the preparation of pleadings and filings in connection with the Chapter 11 Case, and the Authorized Person of the Corporation is hereby authorized and directed to execute appropriate retention agreements, pay appropriate retainers prior to and immediately upon the filing of the Chapter 11 Case, and to cause to be filed an appropriate application for authority to retain the services of Schwartz Law; and it is further

**RESOLVED**, that the financial advisory firm of FORCE 10 PARTNERS, LLC ("**Force 10**") be employed as the Corporation's financial advisors to provide management and advisory services to the Corporation and to assist the Corporation in carrying out its duties under the Bankruptcy Code; and it is further

**RESOLVED**, that the Authorized Person of the Corporation be, and hereby is, authorized and directed to employ any other individual and/or firm as professionals or consultants to the Corporation as are deemed necessary or advisable to represent and assist the Corporation in carrying out the Corporation's duties under the Bankruptcy Code, and in connection therewith, the Authorized Person of the Corporation is hereby authorized and directed to execute appropriate retention agreements, and to cause to be filed an appropriate application for authority to retain the services of such firms; and it is further

**RESOLVED**, that the Authorized Person is hereby authorized and empowered to execute, deliver, file, and perform any agreement, document, or any amendment to the foregoing, in the name and on behalf of the Corporation, as may be necessary or advisable for the Corporation to obtain post-petition, all on such terms as the Authorized Person deems necessary or advisable in order to carry out the purpose and intent of the foregoing resolutions; and it is further

**RESOLVED**, that the Authorized Person is hereby authorized, empowered, and directed, in the name and on behalf of the Corporation, to take such additional actions, to perform all acts and deed, and to execute, ratify, certify, deliver, file, and record such additional agreements, notices, certificates, instruments, applications, payments, letters, and documents as any of them may deem necessary or advisable to implement the provisions of the foregoing resolutions, and to appoint such agents on behalf of the Corporation as such Authorized Person may deem necessary or advisable in connection with any financing arrangement or the sale of assets, and the transactions contemplated by any of the foregoing, the authority for the taking of such action to be conclusive evidence thereof; and it is further

**RESOLVED**, that the Authorized Person is hereby authorized, empowered and directed, in the name and on behalf of the Corporation, to open and maintain one or more debtor-in-possession bank accounts for the Corporation, at such banks as the Authorized Person may determine, and that in connection therewith the Authorized Person may sign checks, authorize wire transfers and execute and deliver on behalf of the Corporation, such forms of banking resolutions as such banks may request and the Authorized Person may approve, which resolutions, when executed by such Authorized Person and inserted into the minute book of the Corporation, shall be deemed to be adopted by the Corporation with the same full force and effect as if such resolutions had been set forth herein in their entirety; and it is further

**RESOLVED**, that all of the acts and transactions taken by the Authorized Person or other members or managers, in the name and on behalf of the Corporation, relating to matters contemplated by the foregoing resolutions, which acts would have been approved by the foregoing resolutions except that such acts were taken prior to the execution of these resolutions, are hereby in all respects confirmed, approved, and ratified.

*[No Further Text]*