Samuel A. Schwartz, Esq.
Nevada Bar No. 10985
saschwartz@nvfirm.com
Gabrielle A. Hamm, Esq.
Nevada Bar No. 11588
ghamm@nvfirm.com
SCHWARTZ LAW, PLLC
601 East Bridger Avenue
Las Vegas, NV 89101
Telephone: 702.385.5544
Facsimile: 702.442.9887

*Proposed Attorneys for the Debtors*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE DISTRICT OF NEVADA**

| | |
|---|---|
| In re: | Case No.: 22-13252-MKN |
| BASIC WATER COMPANY, | Chapter 11 |
| Debtor. | |

**ATTORNEY INFORMATION SHEET FOR PROPOSED ORDER SHORTENING TIME**

As required by the Court, this Attorney Information Sheet has been prepared regarding the ex parte application for the entry of an order shortening time for a hearing on the following initial first day emergency motions filed in the Debtors' bankruptcy case (collectively, the "**First Day Motions**"):

1. *Emergency Motion for Order Directing Joint Administration of Chapter 11 Cases* [Case No. 22-13252-MKN, ECF No. 4, and Case No. 22-13253-NMC, ECF No. 4];

2. *Emergency Motion Pursuant to 11 U.S.C. §§ 105(a) and 366 for Entry of an Order (i) Prohibiting Utilities from Altering, Refusing or Discontinuing Services on Account of Pre-Petition Claims and (ii) Establishing Procedures for Determining Requests for Additional Adequate Assurance* [Case No. 22-13252-MKN, ECF No. 5];

1.     3.     *Emergency Motion for Entry of an Order Authorizing Maintenance of Existing Bank Accounts and Cash Management System and Related Relief* [Case No. 22-13252-MKN, ECF No. 6]; and

    4.     *Debtor's Emergency Motion for Entry of Interim and Final Orders: (i) Authorizing Basic Water Company SPE 1, LLC to Use Cash Collateral Pursuant to Section 363(c) of the Bankruptcy Code; (ii) Granting Adequate Protection to the Prepetition Secured Party; and (iii) Granting Related Relief* [Case No. 22-13253-NMC, ECF No. 11].

Counsel for Debtors Basic Water Company and Basic Water Company SPE 1, LLC contacted the following parties, who responded as indicated below.

| Counsel Name: | Party Represented: | Date Contacted: | Response: |
|---|---|---|---|
| Karol K. Denniston, Esq. Squire Patton Boggs (US) LLP | Bank of Nevada and Western Alliance Business Trust | 09/12/2022 | Consents to OST request |

Dated: September 12, 2022.

Respectfully Submitted,

*/s/ Samuel A. Schwartz*
Samuel A. Schwartz, Esq.
Gabrielle A. Hamm, Esq.
601 East Bridger Avenue
Las Vegas, NV 89101

*Proposed Attorneys for the Debtors*